United States of America
Southern District
Galveston Division

United States Courts Southern District of Texas
FILED
8/2/2023
Nathan Ochsner, Clerk of Court

Jarvis Dugas    Patrick Strong
1386881.    v.    2296837.

N/A

The State of Texas et al.
UTMB, Hospital Galveston
Jester 4 Unit, McConnell Unit.    Imminent Danger
Municipal of Galveston.    Complaint Class Act.
Jurisdiction 28 USC 1331.    Certification Request Motion
ADA, 504 RA T II 42 USC 12112(b)(5)a Request for Counsel Appoint.
29 USC 794

Plantiff Dugas claims consist of Federal Statue ADA 504 RA Title II Intentional Discrim against the UTMB official of Texas, 2 him official were under the color of state law when they deprive the service of adequate medical care at Hospital Galveston, which agent are under contract agreements affirmative to perform a Duty The fact they fail to act, Did subject plantiffs to the deprivement of the perticipation of the services of adequate medical care which Constitutes a Federal Statue federal law violation of the ADA Disability Act. which was Cruel an Unuseual Punishment act by these Hospital Galveston official of UTMB an the state of Texas of Dugas Broken Hand dinosed in 2019.

(1 of 10)

## Dages Complaints

Plantiff complained of a Broken hand, To the Jester 4 official of UTMB on May 28 of 2019. Plantiff was never called in to see a provider until June of 2019. Plantiff saw a PA Nygen whom ordered a X-ray. The X-ray came back hand Broken, The provider Nygen scheduled to go to Hospital Halveston 2 weeks later. Which he did not treat this as an emergency. Do to this fact Plantiff arrived at Hospital Halveston some time in July. On the arrival at plantiff appointment, For a cast to be placed on this Broken hand. Plantiff appointment was canceled, While there at Hospital Halveston, Do to TDCJ Tranceportation arrived an hour late.

So while at Hospital Halveston plantiff wrote a step 1 Grievance complaining of pain, On the fact I got no treatment at this Hospital, I was sent back to the Jester 4 Unit, An was not called back to Hospital Hal. until Aug. 2019. While there plantiff had a cast placed on this Broken hand, There fore I did not have proper meds for this dicnosed serveris medical need of a Broken hand all this time I suffered in pain physaily an mentally, From May 29 - Aug with out adequate medical care by these agents of the state of Texas official of UTMB, TDCJ, Jester 4 Unit Medical Dept, An Hospital Halveston. Which are these deprivements of Fedeal law an state law claims)

2 of

Dugas (1) Complaint,
8th Amend Deliberately Indiff.
Claims

Plantiff wish to sue these defendent of UTMB, official Nyegen of the Jester 4 Unit. Whom was under the color of state law when he deprived Dugas of adequate medical timely treatment, Do to being Deliberately Indifferent to plantiff serious medical need of a complaint of a Broken hand, whom first ig-nored this complaint for 2 weeks, which was a disregardment to my Health risk for these 2 weeks Befor it was called in to see him, which he had actual knowledge of this complaint which was very serious, whom refused to treat timely By faili-to treat as an emergency By not sending Dugas on a emerging transportation after he got the x-ray back Broken, which caused a delay in adequate medical care, Resulty in unness-ary pain an suffering physcally an mentally Do to his failure to act timely of this serious medical need of a dinosed Broken hand. Which was an intentinual act to cause wanton pain Do to step 1 Complaints Grivances, Constitutes 8th Amend Deliberly Indifferent to a serious medical need of adequate care of a dinosed Broken hand Which was Cruel an Unuseval Punish-ment. In federal law of the US Con. 8th an 14th of Due Process In (both capacity) for Compansation Damages, Punitive damages an Foreseeable damages Here in his (indivirual capacity)

(3a)

In his (official capacity) Plantiff sue under the ADA, for Compensation damages, Foreseeable, Lawyer fees, which the abrogation of the S of the Eleventh Amend are not effective Do to the 14th Amend of Due Process right of the ADA which Dugas are a member qualified for these services

— Supplemental Claims —
Neg. Tort Action.

With these same set of facts these agents of UTMB offical at Jester 4 Unit defendent Nygen whom was under the color of state law When he had a Duty en performance, To care for Texas inmates as his Duty of care for our Health risk when Breached his Duty By being Neg. By failing to act timely causes actual harm of pain physcally or mentally, When he owe plantiff adequate medical care on this serious medical need of a Broken hand ignored Constitutes Cruel an Unusual Punishment en state law Neg Tort Actions.

Plantiff sue in (both capacity) for Compensation Damages an Foreseeable damages an lawyer Fees

ADA 504 RA T. II
Intentional Discrim.

Plantiff Federal Statue ADA right were deprived by these UTMB offical of the state of Texas at the Jester 4 Unit, Hospital Galveston whom agents John Doe of Hospital Galveston an defendent Nygen of Jester 4 Unit Both deprive plantiff of the service of medical care which the perticipation of the service was denied by the

(4 of 10)

Failure to act timely, Did violate the TDCJ policy T.T which they were under the color of state law when deprived by interferences provided divided broken hand. Which caused actual harm which was cruel an unusual punishment to deprive services of adequate medical services, which are en contrary to the 14th Amend of Due Process of The US Con. Which these official restrained access to the proper services of care, which was Foreseeable on the behalf of these official of UTMB, Z him were directly involved which are a liberty violation to failure to act was a delay in care, that caused actual serious body harm. These denials are deprivals of the Due Process Cons Cruel an Unusual Punishment is federal law of the ADA disabled Status of Statuatural Descrim. whom were against treat these serious medical need. Plantiff sue for Compensation Damages, Foreseeable as Lawyer Fees. In they official capacity on each agent an its agent

Certification Motion
Class Act. approval

Plantiff's request for this motion be granted, Do to this case an cheif consist of deprivement of adequate medical care, which are a on going deprivement Here in TDCJ. We bring these claims fu a class act. On the grounds that Both plantiff are

(5o)

qualified ADA members do to mental illness an physically handicap "paralyzed." The other factor plaintiff Strong are unable to bring his own suit, Do to the lack of education at law An poverty which both categories consist of medical claims

— Defendent —

Plantiff wish to sue the state of Texas For being in concert by contracted agreements affirmately, with UTMB official whom were was under the color of state law whom deprived Dugas of a Federal law ADA Statue right of the disabilty Act. Which has subjected plantiff to the denial of adequte medical care which are a service, which these agency an agent of UTMB caused actual serious body harm of pain physically an suffering Do to the Failure to act in care for Dugas health risk which plantiff sue the state of Texas for being in concert with state official of UTMB an TDCJ official of Texas, For Intentional Discrim against Dugas perticipation of adequate medical care, For the careing of Dugas broken hand, which was a serious medical need. Constitutes 8th Amend Cruel an Unuseual Punishment for these deprivement of Federal law which are a 14th Amend of Due Process violation, For the restrainment of medical care service timely was a Liberty deprivement constitution violation of a Federal law ADA statue right Was Cruel an Unuseual Punishment

( —6/10)

Plaintiff Strings

**(1.) Claim**          8th Amend Deliberatly Indifferent Claims

Plantiff Strings contents that his serious medical need has been subjected to an 8th Amend Cruel an Unusual Punishment Do to UTMB officials of the McConnell Unit, Has been very Deliberatly Indifferent, While being under the color of State law, Which they have ignored numerous complaint of pain from stomach promblems, Therefore these official has exhibit the disregardment of his Health risk, By failing to act timely to the complaint at hand, Whom his refused to treat By circumstancial evidance, Of this serious medical need Which they failure to act delaied adequate medical care While causing actual pain physcialy an mentall! These deprivement of Federal law Constitutes violations of The United States of America Cons. an state law Tort Action

Plantiff sue for Compansation Damages an Foreseeable damages Plantiff Strings sue in the (indivial capacity) On these John Doe official of UTMB Whom performance are to care for inmates here on the McConnell Unit.

— Complaints —

Plantiff Strings would like to sue the UTMB official of McConnell Medical dept. For the denials of adequate medicine, Do to these deprivement of federal an state law violations.

7 of 10

I ~~sum~~ submitted sick calls for stomach problems on 9-6-22, 9-23-22, 10-26-22, 11-16-22, 12-22-22, 1-25-23, 01-26-23, 2-10-13. I was scheduled to see provider multiple times but was never brought out to see them. They said I was a no-show due to this fact. of lack of escort here on the McConnell Unit, which are a on going deprivement which plantiff states, He never signed any forms for denial of treatment nor any refusal. So the No show has nothing a to with plantiff being deprived of adequate care. Do to lack of TDCJ escort.

(2.) Claim

For the listed above deprivements Plantiff Strings 2nd Claim are violations of the <u>14th Amend of Due Process</u> for the restrictments of <u>adequate medical service</u> which are <u>Foreseeable</u> an <u>direct delay</u>. These denials are <u>liberty deprivements</u> of Federal law of the US Constitutions which were the cause of actual substancial harm of pain an suffering while these officials of UTMB, an McConnell Unit staff Cons <u>Cruel an Unusual Punishment of the Due Process</u> of Federal law, while these official were <u>under the color of state law</u> when they failure to act met these violations of Strings Civil rights violations

Plantiff sue for Compansation Damages in John Doe (indivual capacity)

## Request for Counsel

Both plantiff request for the appointment of Counsel, Do to the filing of these medical claims, which are too complex for both plantiff Dugas has neuro damages caused from a car wreck, Did result in physcially an mentally handicaps whom takes Mental Health meds daily. Which my lack of education in law as well as only an 8th grade schooling was inteferred By the car wreck, resulted in low IQ an EA sore caused by the Brain trauma, Do to the number of defendents within these claims, The intenticety of the investigation require the Appointment of Counsel, To plead these claims properly.

As with the same set of fact Plantiff Strong takes Mental Health meds daily which will hinder the right to access to Court if Counsel Representation isen't sent to plead case an claims, Do to this case consist of a Class Act.

Which both plantiff case are requested to be placed under the ADA, Do to both plantiff qualify for the Claims under the ADA violations, An the agents (official capacity) that Both plantiff's file ADA 504 RA Title II Descrimination intent of these services of adequte medical treatment. That was deprived by these UTMB official of Texas Agency

(9) of 10

Plantiff Strong 3 Claim
Supplement Complaint State law
Tort Neg. Actions

As with the same set of Facts of this case in chief. Do to these official of UTMB whom are contracted to perform Duty owe to Texas immates at the McConnell Unit. Whom Neg. caused actual damages of physcal pain an suffering mentell while Under the Color of state law Were Breach they Duty By failure to act on plantiff complaint of medical issues such as stomach problems which has subjected plantiff Health risk to serious body harm, when they had a Duty of care to perform, while contracted here on the McConnell Unit with UTMB an TDCJ These failure to act are in violation of state law Neg Tort Action Constitutes deprivement Plantiff sue for Compansation Damages in they (indivial capact)

Plantiff state under penty an purjury on the 23rd of July 2023.

Certificate of Service

Were both plantiff's send true an correct data to the court from the McConnell Unit
3001 S. Emily Dr.
Beeville, Tx 78102.

Patrick Strong #2296937
Jarvis Dugas #1386881
Pro Se

(10 of 10)